The People of the State of New York, Respondent, v. Catherine M. Carafas and James P. Carafas, Appellants.—

No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgments of conviction. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.